Submitted on briefs January 21, affirmed January 28, petition for rehearing denied February 23, petition for review denied March 31, 1972

STATE OF OREGON, *Respondent, v.* ROBERT RAY BAATZ (No. 27171), *Appellant.*

492 P2d 807

Gary D. Babcock, Public Defender, Salem, for appellant.

Al J. Laue, Assistant Attorney General, Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem, for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED WITHOUT OPINION. ORS 19.180.